PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: <u>Christopher Lee Barton</u>          Case Number: <u>1-18-CR-00128(1)-SS</u>

Name of Sentencing Judicial Officer: <u>Honorable Sam Sparks, Senior U.S. District Judge, Western District of Texas, Austin Division</u>

Date of Original Sentence: <u>September 28, 2018</u>

Original Offense: <u>Conspiracy to Interfere with Commerce by Threats or Violence, in violation of 18 U.S.C. § 1951</u>

Original Sentence: <u>Fifty-Seven (57) months custody in the Bureau of Prisons followed by three (3) years of supervised release, with the following special conditions: shall provide financial information and search and seizure; restitution $2,652 and special assessment $100 paid in full</u>

Type of Supervision: <u>Supervised Release</u>          Date Supervision Commenced: <u>August 12, 2021</u>

Assistant U.S. Attorney: <u>Matt Harding</u>          Defense Attorney: <u>Joseph T. Marcee (retained)</u>

---

### PREVIOUS COURT ACTION

None

### NONCOMPLIANCE SUMMARY

**Violation of Mandatory Condition No. 2:** "The defendant shall not unlawfully possess a controlled substance."

**Violation of Mandatory Condition No. 3:** "The defendant shall refrain from any unlawful use of a controlled substance."

**Nature of Non-compliance:** On September 28, 2021, the defendant submitted to a random urine sample that tested positive for marijuana.

**U.S. Probation Officer Action:** On October 5, 2021, Mr. Barton admitted to using cannabidiol on or about September 28, 2021. Barton was admonished for his actions and advised that his behavior was unacceptable. Barton explained that he did not think it was illegal and that it would test positive for marijuana. He apologized for his actions and advised he will never use any illegal drugs again. It is respectfully recommended that no action be taken at this time to allow the defendant to submit to weekly random urinalysis, the Court will be notified of any further violations.

**LEE- BARTON, Christopher**
**Report on Offender Under Supervision**
**Page 2**


Approved:                                                     Respectfully submitted,


_____                          _____
Craig A. Handy                                              Lauro Garza
Supervising U. S. Probation Officer              United States Probation Officer
Date: October 12, 2021                               Date: October 12, 2021

_____

**THE COURT ORDERS:**

[✓] No Action

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other


                                                             _____
                                                             Honorable Susan Hightower
                                                             United States Magistrate Judge

                                                             Date:   October 15, 2021