PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: <u>Christopher Lee Barton</u>     Case Number: <u>1-18-CR-00128(1)-SS</u>

Name of Sentencing Judicial Officer: <u>Honorable Sam Sparks, Senior U.S. District Judge, Western District of Texas, Austin Division</u>

Date of Original Sentence: <u>September 28, 2018</u>

Original Offense: <u>Conspiracy to Interfere with Commerce by Threats or Violence, in violation of 18 U.S.C. § 1951</u>

Original Sentence: <u>Fifty-Seven (57) months custody in the Bureau of Prisons followed by three (3) years of supervised release, with the following special conditions: shall provide financial information and search and seizure; restitution $2,652 and special assessment $100 paid in full</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>August 12, 2021</u>

Assistant U.S. Attorney: <u>Matt Harding</u>     Defense Attorney: <u>Joseph T. Marcee (retained)</u>

---

### PREVIOUS COURT ACTION

On October 15, 2021, a Probation Form 12A was filed with the Court to advise of Barton testing positive for marijuana. It was recommended that no action be taken to allow Barton to submit to weekly urinalysis. The Court concurred.

### NONCOMPLIANCE SUMMARY

**Violation of Mandatory Condition No. 2:** "The defendant shall not unlawfully possess a controlled substance."

**Violation of Mandatory Condition No. 3:** "The defendant shall refrain from any unlawful use of a controlled substance."

**Nature of Non-compliance:** On February 15, 2022, the defendant submitted a random urine sample that tested positive for marijuana.

**U.S. Probation Officer Action:** On February 28, 2022, USPO was notified of the positive urine sample the defendant had submitted. That same date, USPO questioned Mr. Barton of his illegal drug usage. Barton denied the use and requested confirmation. Upon receiving confirmation, Mr. Barton was admonished for his actions and advised that his behavior was unacceptable. The defendant understands that in the event of any further violations, a petition for a warrant will be requested from the Court. It is respectfully recommended that no action be taken at this time to allow the defendant to complete substance abuse treatment.

Approved:                                              Respectfully submitted,

_____                        _____
Craig A. Handy                                         Lauro Garza
Supervising U. S. Probation Officer                    United States Probation Officer
Date: April 12, 2022                                   Date: April 12, 2022

**THE COURT ORDERS:**

[✓] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Honorable Susan Hightower
United States Magistrate Judge

Date: April 13, 2022